David W. McBETH, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2012–7014.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2012.

Rehearing En Banc Denied Nov. 27, 2012.

Virginia A. Girard–Brady, ABS Legal Advocates, P.A., of Lawrence, KS, argued for claimant-appellant.

Matthew F. Scarlato, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC.

LINN, REYNA, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

Ordered and Adjudged:

AFFIRMED. *See* Fed. Cir. R. 36.